JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGLAN ELVIN ALVARADO, | Case No. CV 08-0298-CJC (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 19, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE